UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JALIL PRATT,<br>    Petitioner,<br><br>  v.<br><br>DR. ROBERT MARSH, SUPERINTENDENT, SCI BENNER TOWNSHIP, THE DISTRICT ATTORNEY OF THE COUNTY OF PHILADELPHIA, and THE ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA,<br>    Respondents. | No. 2:19-cv-00416 |

**O R D E R**

**AND NOW**, this 28th day of May, 2021, for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT:**

1. The Petitioner's objections to the Report and Recommendation, *see* ECF No. 32, are **OVERRULED.**

2. The Report and Recommendation, *see* ECF No. 27, is **APPROVED and ADOPTED.**

3. The petition for a writ of habeas corpus, *see* ECF No. 2, is **DENIED and DISMISSED.**

4. This case is **CLOSED.**

5. There is no basis for the issuance of a certificate of appealability.

            BY THE COURT:

            */s/ Joseph F. Leeson, Jr.*
            JOSEPH F. LEESON, JR.
            United States District Judge